UNITED STATES DISTRICT COURT                     SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| versus | § | CRIMINAL  H-13-746 |
| | § | |
| SHARON IGLEHART | § | |

### *AMENDED DOCKET CONTROL ORDER*

The Docket Control Order is AMENDED as follows:

1. MOTIONS will be filed by                    *N/A*

2. RESPONSES will be filed by                  *N/A*

3. Proposed JURY QUESTIONS and
   JURY CHARGE will be filed by          At Final Pretrial Conference

4. PRETRIAL CONFERENCE is set for      *July 24, 2015 @ 11:00 AM*
   (515 Rusk, Fifth Circuit Courtroom 11D, 11th Floor
   Houston, Texas)
   **DEFENDANT MUST BE PRESENT**

5. JURY selection and TRIAL set for        *August 31, 2015 @ 9:00 AM*

6. Estimated Trial Time                          *2 weeks*

Direct questions about this schedule to Marilyn Flores, Case Manager,
U. S. District Clerk's Office, P. O. Box 61010, Houston, Texas  77208;
713-250-5533.

SIGNED at Houston, Texas on the 29th day of May 2015.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE