CASE NUMBER: 4:13-CR-746

DATE 9/9/15

## JURY NOTE # 1

1) Can we get 11 copies of the charges?

To the Jury: 9/9/15 3:15 P.M.

Yes.

Ms. Flores will prepare them for you.

Lanny Werlein, Jr.
U.S.D.J.

Signature of Foreperson