CASE NUMBER: 4:13-CR-746

DATE 9/10/15

## JURY NOTE # 2

Could we get clarification of the last ¶ on page 25? Who is that ¶ speaking of or to? Does this reference Dr. Iglehart or other persons not directly involved in this case?

Signature of Foreperson