IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CR. NO. H-13-746 |
| | § § § | |
| SHARON IGLEHART | § | |

# VERDICT

### Count One

We, the jury, find the Defendant, **Sharon Iglehart**, _Guilty_, ("Guilty" or "Not Guilty") of the offense charged in Count **One** of the Second Superseding Indictment.

### Count Two

We, the jury, find the Defendant, **Sharon Iglehart**, _Guilty_, ("Guilty" or "Not Guilty") of the offense charged in Count **Two** of the Second Superseding Indictment.

### Count Three

We, the jury, find the Defendant, **Sharon Iglehart**, _Guilty_, ("Guilty" or "Not Guilty") of the offense charged in Count **Three** of the Second Superseding Indictment.

### Count Four

We, the jury, find the Defendant, **Sharon Iglehart**, ___Guilty___, ("Guilty" or "Not Guilty") of the offense charged in Count **Four** of the Second Superseding Indictment.

### Count Five

We, the jury, find the Defendant, **Sharon Iglehart**, ___Guilty___, ("Guilty" or "Not Guilty") of the offense charged in Count **Five** of the Second Superseding Indictment.

___9/10/15___
Date

_____
Foreperson