| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
versus § CRIMINAL H-13-746
§
Sharon Iglehart, MD §

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) 1-5 of the Second Superseding Criminal Indictment, a presentence report is ordered.

1. By **October 26, 2015,** the initial presentence report must be disclosed to counsel (about 35 days after determination of guilt).

2. By **November 09, 2015,** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **November 23, 2015,** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **December 04, 2015, at 10:00 a.m.** *(no sooner than 35 days from initial disclosure).*

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas, on September 10, 2015.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

Copies:
United States Probation
AUSA
Defense Counsel
Defendant is on bond.