2015 0434199
09/23/2015   ER   $24.00

LP
K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Criminal No. H-13-746 |
| VS. | § | |
| | § | |
| SHARON IGLEHART, MD | § | |
(Titled in the name of Sharon Iglehart-Leavell)

**NOTICE OF LIS PENDENS**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

NOTICE IS HEREBY GIVEN that a criminal matter is pending in the United States District Court for the Southern District of Texas, Houston Division as Cause No. 4:13-cr-00746, *United States of America v. Sharon Iglehart, MD*.

The action is a Medicare fraud case. On September 10, 2015, Sharon Iglehart-Leavell ("Iglehart") was found guilty of one count of Conspiracy to Commit Health Care Fraud (18 U.S.C. § 1349), one count of Health Care Fraud (18 U.S.C. § 1347 and 2) and three counts of False Statements Relating to Health Care Matters (18 U.S.C. § 1035 and 2).

The Court and the Government have agreed to allow Iglehart to remain on bond pending sentencing, provided that she pledge her home, located at 11734 Gallant Ridge Lane, Houston, Texas 77082 (the "Real

ER 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

1OR

1EE

Property") as additional collateral securing her bond.  The Real Property is

legally described as follows:

> Lot Five (5), in Block Four (4), of Royal Oaks Country Club,
> Section One (1) Replat, a subdivision in Harris County, Texas,
> according to the map or plat thereof, recorded under Film Code
> No(s). 439050 of the Map Records of Harris County, Texas.

D

> The Real Property in question is owned jointly by Iglehart and her

mother, Barbara Scott.

EXECUTED this 22nd day of September, 2015.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
    ASHLEE C. MCFARLANE
    Trial Attorney
    U.S. Department of Justice
    Criminal Division, Fraud Section
    1000 Louisiana Ste. 2300
    Houston, Texas 77002
    Desk: (713)-567-9920
    Cell: (202) 262-8154
    Email: ashlee.mcfarlane@usdoj.gov

AFTER RECORDING RETURN TO:
Ashlee C. McFarlane
Trial Attorney
Department of Justice
1000 Louisiana Ste 2300
Houston, Texas 77002

2

ER 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

ACKNOWLEDGEMENT

STATE OF TEXAS          §
                       §
COUNTY OF HARRIS        §

    This instrument was acknowledged before me on the _____ day of September, 2015, by Ashlee C. McFarlane.

Notary Public in and for
The State of TEXAS

ER 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

3

ER 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

20150434199

# Pages 4

09/23/2015 12:29 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

STAN STANART

COUNTY CLERK

Fees  $24.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

*Stan Stanart*

COUNTY CLERK
HARRIS COUNTY, TEXAS