Case 4:13-cr-00746 Document 206 Filed on 01/21/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff-Respondent, | § § § |
| V. | § CRIMINAL ACTION NO. H-13-0746 |
| | § CIVIL ACTION NO. H-18-2489 |
| SHARON IGLEHART, | § § |
| Defendant-Movant. | § |

## FINAL JUDGMENT

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Order Adopting Recommendation of the Magistrate Judge, and the Memorandum and Recommendation of the Magistrate Judge signed and entered on November 19, 2019, which Memorandum is adopted as the opinion of this Court, that Movant Sharon Iglehart's § 2255 Motion to Vacate, Set Aside or Correct Sentence (Document No. 199) is DENIED and DISMISSED WITH PREJUDICE. It is further

ORDERED that a Certificate of Appealability is DENIED.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas, this 21ST day of January, 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE