UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:13-CR-746 |
| | § | |
| SHARON IGLEHART, MD, | § | |
| | § | |
| Defendant | § | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Catherine Wagner, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as an attorney for the United States in this matter.

Respectfully submitted,

RYAN PATRICK
UNITED STATES ATTORNEY

By: */s/Catherine Wagner*
    Catherine Wagner
    Trial Attorney
    United States Department of Justice
    Criminal Division, Fraud Section
    1000 Louisiana Street, Suite 2300
    Houston, Texas 77002
    713-567-9515
    Catherine.Wagner@usdoj.gov